UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
JAN 11 2012
U.S. DISTRICT COURT
EASTERN MICHIGAN

LAWRENCE CHATFIELD,
TRINA CHATFIELD, individually
and as next friends for LAWRENCE
CHATFIELD, BRIANA CHATFIELD, and
LAUREN CHATFIELD,

    Plaintiffs,

vs.

GROSSE POINTE PUBLIC SCHOOL
SYSTEM, CITY OF GROSSE POINTE
FARMS, CITY OF GROSSE POINTE PARK,
both Municipal Corporations, and OFFICER
MICHAEL MCCARTHY,

    Defendants.

Case No.: 2:10-cv-13861

Hon. Paul D. Borman
Magistrate Mark A. Randon

## ORDER

At a session of said Court, held in the Federal Courthouse, City of Detroit, Wayne County, Michigan:

ON: _____ **JAN 11 2011** _____

PRESENT HON: _____ **MARK A. RANDON** _____
MARK A. RANDON
District Court Magistrate Judge

    Defendant, City of Grosse Pointe Park, having filed a motion for an order compelling the independent psychological evaluation of Plaintiffs Lawrence and Trina Chatfield, the Court having considered the arguments of the parties, and otherwise being advised in the premises:

    NOW THEREFORE, it is HEREBY ORDERED that Defendant's *Motion To Compel The Independent Psychological Examination Of Plaintiff Lawrence And Plaintiff Trina Chatfield* (Docket #81) is **GRANTED**;

IT IS FURTHER ORDERED that Plaintiffs Lawrence and Trina Chatfield will appear for examinations at the offices of Elissa P. Benedek, M.D., in Ann Arbor, Michigan and Charles Clark, Ph.D., in Ann Arbor, Michigan, on a date(s) convenient to the parties and occurring on or before October 31, 2011.

IT IS SO ORDERED.

Dated: __JAN 1 1 2011__                                **MARK A. RANDON**
                                                       _____
                                                       Hon. Mark A. Randon