UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE CHATFIELD and TRINA
CHATFIELD, individually and as next
friends for LAWRENCE CHATFIELD,
BRIANA CHATFIELD and LAUREN
CHATFIELD,

        Plaintiffs,        CIVIL ACTION NO. 10-13861

        v.        DISTRICT JUDGE PAUL D. BORMAN

GROSSE POINTE PUBLIC SCHOOL    MAGISTRATE JUDGE MARK A. RANDON
SYSTEM, CITY OF GROSSE POINTE
FARMS and CITY OF GROSSE POINTE
PARK, both municipal corporations, and
OFFICER MICHAEL McCARTHY,

        Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR
## PROTECTIVE ORDER CONCERNING IME (DKT. NO. 91)

Before the Court is Plaintiffs' motion for protective order concerning IME (Dkt. No. 91). The Court has reviewed the motion, Defendants' response and heard argument on February 9, 2012. Being otherwise fully advised,

**IT IS ORDERED** that, for the reasons stated on the record, the motion **IS DENIED**.

        s/Mark A. Randon
        MARK A. RANDON
        UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2012

### CERTIFICATE OF SERVICE

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 9, 2012.*

        *s/Melody R. Miles*
        *Case Manager to Magistrate Judge Mark A. Randon*
        (313)_234-5542